Charles E. CALDWELL, Petitioner,

v.

PERRY & HYLTON, INCORPORATED; West Virginia Coal Workers' Pneumoconiosis Fund; Director, Office of Workers' Compensation Programs, Respondents.

No. 06–1385.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 4, 2006.

Decided: Oct. 31, 2006.

Harold S. Albertson, Jr., Charleston, West Virginia, for Petitioner. Ashley M. Harman, William S. Mattingly, Jackson Kelly, PLLC, Morgantown, West Virginia, for Respondent West Virginia CWP Fund, as insurance carrier for Perry & Hylton, Inc.

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles E. Caldwell seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901–945 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm for the reasons stated by the Board. *Caldwell v. Perry & Hylton, Inc.*, No. 05–684–BLA (BRB Jan. 23, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*